# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN KENNETH LOW | ) Case No.   4:22 MJ  3047  NCC |
| | ) |
| | ) SIGNED AND SUBMITTED TO THE COURT FOR |
| | ) FILING BY RELIABLE ELECTRONIC MEANS |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 27, 2022 in the county of St. Louis in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2422(b) | Coercion and Enticement of a Minor |
| 18:2423(a) | Transportation with Intent to Engage in Criminal Sexual Activity |
| 18:2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

✓ ☐ Continued on the attached sheet.
I state under the penalty of perjury that the following is true and correct.

*Complainant's signature*

Daniel Root, SA, FBI

*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 01/27/2022

*Judge's signature*

City and state: St. Louis, Missouri   Honorable Noelle C. Collins , U.S. Magistrate Judge

*Printed name and title*